Timothy C. Fox
GOUGH, SHANAHAN, JOHNSON & WATERMAN
33 S. Last Chance Gulch
P.O. Box 1715
Helena, MT 59624-1715
(406) 442-8560
Attorneys for Defendants
Great Falls Emergency Services, Inc.
Montana Community Ambulance, Inc.

William Gilbert
Eric Bunn
Herndon, Sweeney & Halverson, PC
1001 South 24th Street West
Creekside Suite 301
Billings, MT 59102-6467
(406) 652-1010
Attorneys for Defendant
Montana Community Ambulance, Inc.

FILED
HELENA DIVISION

2006 APR 10 PM 4 36

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

BIG SKY PARAMEDICS, a sole proprietorship,

Plaintiff,

-vs-

GREAT FALLS EMERGENCY SERVICES, INC., an Idaho Corporation; MONTANA COMMUNITY AMBULANCE, INC., a Montana Corporation; and John Does One to Ten,

Defendants.

Cause No. CV-02-48-GF-SEH

**APPLICATION FOR WRIT OF EXECUTION**

TO:   THE CLERK OF THE DISTRICT COURT for the District of Montana, Great Falls Division:

1.   On the 20th day of April 2005, the District Court made and entered its Judgment by the in the above-referenced matter. The Entry of Judgment is of record in this cause.

2.   The Judgment against Defendant, Big Sky Paramedics, a sole proprietorship, owned by Kitty J. Songer, a.k.a. Kitty J. Keller, is the principal sum of Sixteen Thousand Seven Hundred

*Application for Writ of Execution*                                                               Page 1 of 2

Thirty and 88/100 ($16,730.88) in attorneys' fees and interest at the rate of 2.71 percent per annum in the amount of Five Hundred Seventy Eight and 44/100 ($578.44) accruing from December 30, 2004, through this date; and the principal sum of Six Thousand One Hundred Ninety-Two and 07/100 ($6,192.07) in costs and interest at the rate of 3.35 percent per annum in the amount of Two Hundred Sixty-Four and 99/100 ($264.99) for a total amount of **TWENTY-THREE THOUSAND SEVEN HUNDRED SIXTY-SIX and 38/100 ($23,766.38)** is actually due on said Judgment as of this date together with accruing attorney fees and costs of collection, and per diem interest continuing to accrue at the rate of 0.00742 percent per day on the $16,730.88 judgment for attorney fees, and 0.00918 percent per day on the $6,192.07 judgment for costs until said Judgment is satisfied and paid in full.

WHEREFORE, Defendants Great Falls Emergency Services, Inc., and Montana Community Ambulance, Inc., request the Court issue a Writ of Execution against Plaintiff, Big Sky Paramedics, a sole proprietorship, Kitty Songer (a.k.a, Kitty J. Songer, Kitty Keller, or Kitty J. Keller), on the Judgment in this action, directed to the U.S. Marshall, or other qualified process server, as levying officer in and for the District of Montana, and to any registered process server.

DATED this 10th day of April 2006.

GOUGH, SHANAHAN, JOHNSON & WATERMAN

_____
Timothy C. Fox
Attorneys for Defendants
Great Falls Emergency Services, Inc.
Montana Community Ambulance, Inc.