Timothy C. Fox
GOUGH, SHANAHAN, JOHNSON & WATERMAN
33 S. Last Chance Gulch
P.O. Box 1715
Helena, MT 59624-1715
(406) 442-8560
Attorneys for Defendants
Great Falls Emergency Services, Inc.
Montana Community Ambulance, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BIG SKY PARAMEDICS, a sole proprietorship, <br><br> Plaintiff, <br><br> -vs- <br><br> GREAT FALLS EMERGENCY SERVICES, INC., an Idaho Corporation; MONTANA COMMUNITY AMBULANCE, INC., a Montana Corporation; and John Does One to Ten, <br><br> Defendants. | Cause No. CV-02-48-GF-SEH <br><br> **SATISFACTION OF JUDGMENT** |

For and in consideration of the sum of Twenty Thousand and no /100 Dollars ($20,000.00), paid by Big Sky Paramedics, the Plaintiff in the above-entitled action, full satisfaction is hereby acknowledged of that certain judgment rendered in the Montana Eighth Judicial District Court, Cascade County, in the above-entitled action, in favor of the Defendants and against Plaintiff, on the 20th day of April, 2005, and I hereby authorize and direct the Clerk of District Court to enter of record satisfaction of said judgment in said action.

///

Respectfully submitted this 14th day of March 2007.

GOUGH, SHANAHAN, JOHNSON & WATERMAN

/s/ Timothy C. Fox
---

Attorneys for Great Falls Emergency Services

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Satisfaction of Judgment* was sent via facsimile and regular U.S. mail, postage prepaid, on the 14th day of March, 2007, and directed to the attention of the following:

William O. Bronson, P.L.L.C.
104 2nd Street South, Suite 101
P.O. Box 2685
Great Falls, MT 59403-2685

/s/ Timothy C. Fox